1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar No. 202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5
   Attorneys for Plaintiffs RON WILSON
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10
   RON WILSON, an individual; and          )   **CASE NO. C04-4989 PJH**
11 DISABILITY RIGHTS ENFORCEMENT,          )
   EDUCATION, SERVICES:HELPING             )   **STIPULATION AND [~~PROPOSED~~]**
12 YOU HELP OTHERS, a California public     )   **ORDER CONTINUING THE MEDIATION**
   benefit corporation,                    )   **DEADLINE AND FURTHER CASE**
13                                         )   **MANAGEMENT CONFERENCE**
              Plaintiffs,                   )
14                                         )
                                           )
15 v.                                      )
                                           )
16 MARIE CALLENDER'S; RICHARD G.           )
   AND DORTHY EHIKIAN; and MARIE           )
17 CALLENDER'S PIE SHOPS, INC.,            )
                                           )
18            Defendants.                   )
   _____ )

19        On April 14, 2005, the Court held a case management conference and referred the

20 parties herein to Court-sponsored mediation.  The Court also set a further case management

21 conference for August 18, 2005, anticipating that mediation would be complete by that time.

22 Shortly thereafter, a mediator was assigned and the mediation session was scheduled for

23 August 16, 2005.

24        Unfortunately, however, plaintiff Ron Wilson was just recently scheduled for and

25 underwent major surgery on August 3, 2005.  His expected recovery time is six weeks, making

26 him unavailable to participate in the scheduled mediation on August 16, 2005.  Therefore, the

27 parties have conferred with the mediator and have rescheduled the mediation for September

28 29, 2005.

1        In light of the above circumstance and to accommodate plaintiff Wilson's recuperation,

2  the parties stipulate to and respectfully request that the Court continue to mediation deadline to

3  October 1, 2005, and continue the case management conference to a convenient date

4  thereafter.

5        It is so stipulated.

6  Dated: August 5, 2005          THOMAS E. FRANKOVICH

                        *A PROFESSIONAL LAW CORPORATION*

7

8

                        By: _____/s/_____

9                            Jennifer L. Steneberg

                        Attorneys for Plaintiffs RON WILSON and

10                      DISABILITY RIGHTS, ENFORCEMENT,

                      EDUCATION SERVICES

11

  Dated: August 10, 2005        LIVINGSTON & MATTESICH LAW

12                      CORPORATION

13

14                        By: _____/s/_____

                            Kathleen E. Finnerty

15                            Marc B. Koenigsberg

                      Attorneys for Defendants MARIE

16                      CALLENDER'S PIE SHOPS, INC., RICHARD

                      G. EHIKIAN and DOROTHY EHIKIAN

17

18                         **<u>ORDER</u>**

19        IT IS HEREBY ORDERED that the mediation deadline is continued to October 1,

20  2005, and the further case management conference is continued to <u>October 20</u>, 2005, at

21  <u>2:30</u> a.m./p.m.  The parties shall submit an updated joint case management statement

22  seven (7) days before the conference.

23

24  Dated: <u>August 17</u>, 2005

25                        _____

                      Hon. Phyllis J. Hamilton

26                      UNITED STATES DISTRICT JUDGE

27

28