| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar No. 074414) |
| | JENNIFER L. STENEBERG (State Bar No. 202985) |
| 2 | THOMAS E. FRANKOVICH, |
| | *A Professional Law Corporation* |
| 3 | 2806 Van Ness Avenue |
| | San Francisco, CA 94109 |
| 4 | Telephone:   415/674-8600 |
| | Facsimile:    415/674-9900 |
| 5 | |
| 6 | Attorneys for Plaintiffs RON WILSON and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON WILSON, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation, | CASE NO. C04-4989 PJH |
| | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |
| Plaintiffs, | |
| v. | |
| MARIE CALLENDER'S; RICHARD G. AND DORTHY EHIKIAN; and MARIE CALLENDER'S PIE SHOPS, INC., | |
| Defendants. | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Mutual Settlement Agreement and Release ("Agreement"), each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON            1

1  Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed with
3  prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4  This stipulation may be executed in counterparts, all of which together shall constitute
5  one original document.
6  IT IS SO STIPULATED.

7  Dated: November 15, 2005                THOMAS E. FRANKOVICH
                                           *A PROFESSIONAL LAW CORPORATION*

                                           By:     /s/ Jennifer L. Steneberg
                                                   Jennifer L. Steneberg
                                           Attorneys for Plaintiffs RON WILSON and
                                           DISABILITY RIGHTS, ENFORCEMENT,
                                           EDUCATION SERVICES

   Dated: November 15, 2005                GREENBERG TRAURIG LLP.


                                           By:     /s/ Marc B. Koenigsberg
                                                   Kathleen E. Finnerty
                                                   Marc B. Koenigsberg
                                           Attorneys for Defendants MARIE
                                           CALLENDER'S PIE SHOPS, INC., RICHARD
                                           G. EHIKIAN and DOROTHY EHIKIAN

## **ORDER**

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: November 16, 2005

_____
Hon. Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE